IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAFAEL GRAJALES VALENCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-01045-N |
| | § | |
| MAHROUQ ENTERPRISES | § | |
| INTERNATIONAL (MEI) INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In a previous Order, this Court gave Plaintiff Rafael Grajales Valencia thirty (30) days to provide evidence that he is not deceased.  Order, Apr. 26, 2016, 4 [24].  Valencia has not provided any such evidence to the Court.  The Court also provided that, if Valencia failed to offer evidence that he lives, Valencia's successor or representative could move the Court for substitution pursuant to Federal Rule of Civil Procedure 25.  *Id.*  The Court has not received any such motion and the deadline to file has passed.  *See* FED. R. CIV. P. 25.  Accordingly, the Court dismisses Valencia's claims without prejudice.  Costs are taxed against the party incurring them. This is a final judgment.

Signed August 26, 2016.

David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE